UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------- X

WESTERN ALLIANCE BANK,

Plaintiff,

vs.

RIDE TO GO INC. and SHIMON WEILL,

Defendants.

----------------------------------------------------- X

Case No.: 26-cv-03056-ALC

**ORDER OF DEFAULT JUDGMENT**

This action having been commenced on April 14, 2026 by the filing of the Complaint, a copy of the Summons and Complaint having been personally served on Defendant Ride to Go Inc. on May 29, 2026 and a copy of the Summons and Complaint having been served on Defendant Shimon Weill on June 16, 2026, proofs of service having been filed on June 24, 2026 and August 7, 2026, respectively, the Defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is

**ORDERED, ADJUDGED AND DECREED**, that judgment be entered in favor of Plaintiff Western Alliance Bank and against Defendants Ride to Go Inc. and Shimon Weill, jointly and severally, in the liquidated amount of $303,676.84, plus post-judgment interest accruing annually from the date of this Order, pursuant to 28 U.S.C. § 1961.

Dated: October 23, 2026

**Andrew L. Carter, Jr.**
**United States District Judge**